**No. 11-621. Michael Howard, et al., Petitioners v. Criminal Information Services, Inc., et al.; and Dawn Rodriguez, et al., Petitioners v. AMPCO Parking Systems, et al.**

565 U.S. 1178, 132 S. Ct. 1144, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 1056.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 654 F.3d 887.

**No. 11-625. Hogenson R&R Investors, Petitioner v. A.F.T.E.R., Incorporated, et al.**

565 U.S. 1178, 132 S. Ct. 1144, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 1041.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 434 Fed. Appx. 907.

**No. 11-628. Rosemary Susko, dba Rosemont Manor, Petitioner v. City of Weirton, West Virginia, et al.**

565 U.S. 1179, 132 S. Ct. 1145, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 1006.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 443 Fed. Appx. 805.

**No. 11-636. Tess Wiltz, et al., Petitioners v. Bayer CropScience, LP, et al.**

565 U.S. 1179, 132 S. Ct. 1145, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 971.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 645 F.3d 690.

**No. 11-637. Sharon L. Schellenberg, et al., Petitioners v. Township of Bingham, Michigan, et al.**

565 U.S. 1179, 132 S. Ct. 1145, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 989.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 436 Fed. Appx. 587.

**No. 11-638. Jim Rues, Petitioner v. Larry Denney, Warden.**

565 U.S. 1179, 132 S. Ct. 1145, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 1034.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 643 F.3d 618.

**No. 11-639. Earl J. Smith, Petitioner v. T. D. Ameritrade, Inc., et al.**

565 U.S. 1179, 132 S. Ct. 1145, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 916.

January 23, 2012. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 212 N.C. App. 235, 713 S.E.2d 250.

**No. 11-650. Ronald Bagley, Petitioner v. Ellen Bagley, nka Ellen Bagley-Barnett.**

565 U.S. 1179, 132 S. Ct. 1146, 181 L. Ed. 2d 1019, 2012 U.S. LEXIS 999.

January 23, 2012. Petition for writ of certiorari to the Court of Appeals of Ohio, Greene County, denied.